IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. McDANIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-84-WKW |
| | ) [WO] |
| DALE COUNTY JAIL and | ) |
| COUNTY OF DALE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for lack of jurisdiction.

A final judgment will be entered separately.

DONE this 4th day of March, 2016.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE